THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Vondell Sanders, Appellant.
 
 
 

Appeal From Orangeburg County
 John  L.  Breeden, Circuit Court Judge

Unpublished Opinion No. 2006-UP-171   
Submitted March 1, 2006  Filed March 22, 2006 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor David Michael Pascoe, Jr., of St. Matthews, for Respondent.
 
 
 

PER CURIAM:  Vonnell Sanders appeals his conviction for possession with intent to distribute crack cocaine and possession with intent to distribute crack cocaine within proximity of a school.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Sanders appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.[1]
GOOLSBY, HUFF, and STILWELL, JJ., concur.  

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.